UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAY HAMANN,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>HAMILTON & SPEAR PAINTING, an Idaho company, NORTHCON, INC., an Idaho company, WALL 2 WALL FLOOR COVERING, an Idaho company, STATE OF IDAHO MILITARY DIVISION; IDAHO ARMY NATIONAL GUARD; GOWEN FIELD FIRE AND CRASH RESCUE; UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | Case No. 1:13-cv-00132-BLW<br><br>**ORDER** |

　　　　The Court has before it the United States of America's Motion for Summary Judgment (Dkt. 25). All other parties, including Plaintiff Jay Hamann, have filed non-oppositions to the motion. Accordingly, the Court will grant the motion.

**ORDER - 1**

**IT IS ORDERED:**

1.      The United States of America's Motion for Summary Judgment (Dkt. 25) is

    **GRANTED**.



DATED: August 1, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court